FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUKHDEEP SINGH DHALIWAL,<br><br>    Plaintiff,<br><br>    v.<br><br>UR MENDOZA JADDOU, in her official capacity as Director of U.S. Citizenship and Immigration Services; ROSEMARY LANGLEY MELVILLE, in her official capacity as California Service Center Director; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendants. | No. 2:23-CV-00202-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is Parties' Stipulated Motion for Dismissal Without Prejudice, ECF No. 8. Plaintiff is represented by Daniel Larsen. Defendants are represented by Derek Taylor and Molly Smith. The motion was heard without oral argument.

    Due to a settlement agreement, the Parties have requested the Court dismiss the case without prejudice and without any award of attorneys' fees or costs to either party. The Court grants the motion.

    Accordingly, **IT IS HEREBY ORDERED**:

    1. The Parties' Stipulated Motion for Dismissal Without Prejudice, ECF No. 8, is **GRANTED**.

**ORDER OF DISMISSAL** *1

2. The above-captioned action is **DISMISSED without prejudice** and without fees or costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 6th day of November 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2